her alleged physical injuries. The judgment and order should be reversed, and a new trial granted, with costs to the appellant to abide the event.

DAVEY, Respondent, v. DAVEY, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) Action by Michael Davey against Andrew Davey. No opinion. Motion for leave to appeal to the court of appeals denied. See 56 N. Y. Supp. 1106.

DAVIS, Respondent, v. FARLEY, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) Action by John Davis against Thomas M. Farley. No opinion. Judgment affirmed, with costs.

DAVOL, Appellant, v. DAVIS, Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1899.) Action by William H. Davol against Joseph A. Davis. W. Man, for appellant. E. Blumenstiel, for respondent. No opinion. Judgment affirmed, with costs.

DE GOODE, Respondent, v. SEXTON, Appellant. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Action by Betha De Goode against John B. Sexton, as sheriff. B. S. Stone, for appellant. J. A. Burr, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DE GRAUW v. SCHMID. (Supreme Court, Appellate Division, First Department. April 7, 1899.) Action by Frederick L. De Grauw against George F. Schmid. No opinion. Motion denied, with $10 costs. See 56 N. Y. Supp. 593.

DESBECKER et al., Respondents, v. Mc-FARLINE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by Benjamin Desbecker and others against James A. McFarline, as sheriff of the county of Wyoming. No opinion. Order affirmed, with $10 costs and disbursements.

DOANE, Appellant, v. GORDON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by Eugene Gordon Doane against Adeline Julia Gordon, the Mercantile Trust Company, as executor, etc., and others. No opinion. Judgment affirmed, with costs, on argument.

DOLAN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Action by James Dolan against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DR. DAVID KENNEDY CORP. v. KENNEDY. (Supreme Court, Appellate Division, Third Department. March 14, 1899.) Action by the Dr. David Kennedy Corporation against David Kennedy. No opinion. Motion to suspend the operation of judgment, pending appeal to the court of appeals, denied. See 55 N. Y. Supp. 917.

DU BOIS, Respondent, v. LIPPINCOTT et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 8, 1899.) Action by Simon Dubois against Leonard K. Lippincott and others. No opinion. Judgment affirmed, with costs.

DUDLEY et al. v. WOLF et al. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Action by John J. Dudley and others against Abram J. Wolf and others. No opinion. Motion dismissed, without costs.

DUNLAP, Appellant, v. GILL et al., Appellants (ST. VINCENT'S HOSPITAL OF CITY OF NEW YORK et al., Respondents). (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by Laura V. Dunlap against Samuel H. Gill and others. No opinion. Judgment affirmed, with costs. All concur, except CULLEN, J., dissenting. See 51 N. Y. Supp. 265.

In re DUSENBURY et al. RUTHVEN, Appellant, v. DUSENBURY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 17, 1899.) In the matter of C. Coler Dusenbury and another. R. D. Benedict, for appellant. J. T. Hurd, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re EAMES. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) In the matter of the application of Harris Gilbert Eames for admission as attorney and counselor at law. No opinion. Application granted.

EMERALD & HIDDENITE MIN. CO., Appellant, v. TANNENBAUM et al., Respondents. (Supreme Court, Appellate Division, First Department. March 17, 1899.) Action by the Emerald & Hiddenite Mining Company against Lipmann Tannenbaum, impleaded with others. A. Kling, for appellant. F. Bien, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

ERTHEILER v. BERNHEIM et al. (Supreme Court, Appellate Division, First Department. March 17, 1899.) Action by James Ertheiler against Jacob Bernheim and others. No opinion. Motion denied, with $10 costs. See 56 N. Y. Supp. 26.

In re FALL. (Supreme Court, Appellate Division, First Department. April 21, 1899.) In the matter of the application of George P. Fall for the revocation of a liquor-tax certificate, issued to Patrick Meehan. J. E. Tanner, for appellant. L. Bronner, for respondent. No opinion. Order affirmed, with costs.

FENTON, Respondent, v. SCHOLER, Appellant. (City Court of New York, General Term, March 27, 1899.) Action by John Fenton

57 N.Y.S.—72

against Gustave Scholer. From a judgment for plaintiff and an order denying a new trial, defendant appeals. Affirmed. Edwin G. Davis, for appellant. Maurice Meyer, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

In re FERRIGAN (two cases). (Supreme Court, Appellate Division, First Department. April 14, 1899.) In the matter of Rose Ferrigan, deceased. No opinion. Orders dismissing appeals set aside, and appellant allowed to argue his appeals on payment of $20 costs. See 56 N. Y. Supp. 1107.

In re FERRIGAN. (Supreme Court, Appellate Division, First Department. February 17, 1899.) In the matter of Rose Ferrigan. No opinion. Motion denied. See 56 N. Y. Supp. 1107.

In re FERRIGAN. (Supreme Court, Appellate Division, First Department. March 17, 1899.) In the matter of Rose Ferrigan. No opinion. Motions granted, with $10 costs of one motion. See 56 N. Y. Supp. 1107.

FIELD et al., Respondents, v. FABER, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1899.) Action by Henry C. Field and others against Eberhard Faber. C. T. Haviland, for appellant. M. B. Clarke, for respondents. No opinion. Judgment affirmed, with costs.

FINN, Respondent, v. CASSIDY et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 8, 1899.) Action by John Finn against Peter A. Cassidy and others. No opinion. Judgment and order affirmed, with costs. All concur, except PARKER, P. J., dissenting.

FIRE DEPARTMENT OF CITY OF NEW YORK, Respondent, v. STANTON, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1899.) Action by the fire department of the city of New York against George A. Stanton. W. B. Ellison, for appellant. W. L. Findley, for respondent. No opinion. Judgment affirmed, with costs, on opinion delivered on previous appeal. 28 App. Div. 334, 51 N. Y. Supp. 242.

FISK, Appellant, v. BEARDSLEY et al., Respondents. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Action by Archer C. Fisk against William L. Beardsley and another. W. G. Morse, for appellant. J. F. Hibbard, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

FITZPATRICK, Respondent, v. AUSTIN, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by John Fitzpatrick against Ella F. Austin. T. P. Wickes, for appellant. F. Moss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FREEMAN, Appellant, v. FREEMAN, Respondent. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Richard Freeman against Ruth Freeman. W. McGloskey, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

FREISCHLAG, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by Frederick J. Freischlag, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with costs. All concur.

FRETHEY, Appellant, v. DURANT, Respondent. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by Heloise H. Frethey against William W. Durant. L. N. Palmer, for appellant. G. G. Battle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 48 N. Y. Supp. 839.

FRIEDEL et al. v. FRANKLIN TRUST CO. et al. (Supreme Court, Appellate Division, First Department. April 7, 1899.) Action by Emile F. Friedel and others against the Franklin Trust Company and others. No opinion. Motion denied on payment of $10 costs, in order to give appellant an opportunity to move in court below to open default.

GARVEY et al., Appellants, v. UNION TRUST CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by Benjamin Garvey and others against the Union Trust Company of New York, executor, etc., and others, and Helena Blanche Garvey and others. No opinion. Final judgment affirmed, with costs, on argument, on the opinion of the appellate division of the First department on the appeal from the interlocutory judgment. 52 N. Y. Supp. 260.

GHEE, Appellant, v. NORTHERN UNION GAS CO., Respondent. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by John F. Ghee against the Northern Union Gas Company. No opinion. Motion for leave to go to court of appeals granted. See 56 N. Y. Supp. 450.

GLENN, Respondent, v. MAGUIRE, Appellant. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Action by Bridget R. Glenn, as administratrix, against Margaret Maguire. H. Schmitt, for appellant. R. D. Woodward, for respondent. No opinion. Judgment affirmed, with costs.

GOLDFINGER v. TAMSEN, Respondent (AMERICAN SURETY CO., Appellant). (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Ignatz Goldfinger against Edward J. H. Tamsen. H.